AO 93B  (Rev. 11/13) Anticipatory Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>3:23-MJ-80 | Date and time warrant executed:<br>9/26/23 @ 3:16PM CST | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of : | Megan Wilshusen, Postal Inspector | |

Inventory of the property taken and name of any person(s) seized:

- X2 Brown Cardboard Boxes
- Bubble wrap
- Brown Paper
- Manik Envelope
- Toys
- Duck Tape
- 56 grams of blue in color, round in shape pills labeled "M" "30" suspected of containing fentanyl

(MF)

**-FILED-**

DEC 17 2024

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/25/24

_____
Executing officer's signature

Mark C
_____
Printed name and title